Print Form

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-4031

Milliron et. al. (Aaron Petrus) Appellant          vs.    T-Mobile, Inc.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Aaron Petrus, Appellant

Indicate the party's role IN THIS COURT (check <u>only</u> one):

____ Petitioner(s)    ✓ Appellant(s)    ____ Intervenor(s)

____ Respondent(s)    ____ Appellee(s)    ____ Amicus Curiae

(Type or Print) Counsel's Name: Mr. Christopher A. Bandas

    Mr.    Ms.    Mrs.    Miss

Firm: Bandas Law Firm, P.C.

Address: 500 N. Shoreline, Ste. 1020

City, State, Zip Code: Corpus Christi, Texas 78471

Phone (361) 698-5200        Fax (361) 698-5222

**Primary E-Mail Address (required)**: cbandas@bandaslawfirm.com

**Additional E-Mail Address**: mvaldez@bandaslawfirm.com

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses.

**SIGNATURE OF COUNSEL:** _[signature]_

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 05/05/08